Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Lamar A. Freeman | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Loretta Freeman | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Jersey

Case number (If known): 22-19222

☒ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Lamar A. Freeman          X /s/ Loretta Freeman
Signature of Debtor 1              Signature of Debtor 2

Date 3/5/2023                         Date 3/5/2023
     MM/ DD / YYYY                        MM/ DD / YYYY

Official Form 106Dec            Declaration About an Individual Debtor's Schedules