UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

Order Filed on June 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lamar and Loretta Freeman,

      Debtors

Case No.: 22-19222 (ABA)

Chapter 13

Hearing Date:

Judge: ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: June 20, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No. 22-19222 (ABA)
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Stacey L. Mullen, the applicant, is allowed a fee of $ 500.00 for services rendered and expenses in the amount of $ 0.00 for a total of $ 500.00. The allowance shall be payable:

    XXXXX      through the Chapter 13 plan as an administrative priority.

                  outside the plan.

The debtor's monthly plan is modified to require a payment of $1,160.00 per month for 53 months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)