UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
856-778-8677
Attorney for debtor

In Re:

Lamar and Loretta Freeman

Case No.: 22-19222
Chapter: 13
Adv. No.:
Hearing Date:
Judge: ABA

## CERTIFICATION OF SERVICE

1. I, Stacey L. Mullen, Esquire :

   ☒ represent __debtors__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On 10/19/2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Debtor Attorney Fee Application, COS, Exhibit and Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/19/2023

/s/ Stacey L. Mullen, Esquire
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg, Trustee<br>Office of the Ch 13 Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08003 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEP<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All other creditors listed on the mail mattrix | creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mr. and Ms. Freeman<br>305 South 2nd Street Walk<br>Camden, NJ 08103 | debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |