**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>   LAMAR A. FREEMAN, SR.<br>   LORETTA FREEMAN<br>                       Debtor(s) | Case No. 22-19222-ABA<br><br>Chapter 13 |

## FRBP 2012 REPORT ACCOUNTING OF PRIOR ADMINISTRATION OF CASE AND NOTICE OF OBJECTION PERIOD

Isabel C. Balboa, former Chapter 13 Trustee for the period from the petition date through September 30, 2023, and Andrew B. Finberg, successor Chapter 13 Trustee, for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $9,888.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$9,888.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $5,750.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $943.81 |
| Other | $0.00 |
| Secured Creditors | $1,621.23 |
| Priority Creditors | $0.00 |
| General Unsecured Creditors | $0.00 |
| **Total Disbursements & Expense of Administration:** | **$8,315.04** |

| | |
|---|---:|
| **Balance Transferred to Successor Trustee** | **$1,572.96** |

Dated:  10/25/2023

/s/ Isabel C. Balboa
Chapter 13 Former Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977

/s/ Andrew B. Finberg
Chapter 13 Successor Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977