---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

---

Order Filed on October 30, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

In Re:

Lamar and Loretta Freeman,

               Debtors

Case No.: 22-19222 (ABA)

Chapter 13

Hearing Date:

Judge: ABA

---

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

DATED: October 30, 2023

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No.  22-19222 (ABA)
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $ 100.00          for services rendered and expenses in the amount of $ 0.00    for a total of $ 100.00         . The allowance shall be payable:

      <u>XXXXX</u>        through the Chapter 13 plan as an administrative priority.

                    outside the plan.

The debtor's monthly plan is modified to require a payment of <u>$1,163.00</u>  per month for  <u>49 months</u> to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 22-19222-ABA
Lamar A. Freeman                                                                       Chapter 13
Loretta Freeman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                User: admin                Page 1 of 2
Date Rcvd: Oct 30, 2023          Form ID: pdf903            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2023:**

**Recip ID**        **Recipient Name and Address**
db/jdb           + Lamar A. Freeman, Loretta Freeman, 305 S. 2nd Street Walk, Camden, NJ 08103-1002

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 01, 2023            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2023 at the address(es) listed below:

**Name**        **Email Address**

Andrew B Finberg
    ecfmail@standingtrustee.com

Denise E. Carlon
    on behalf of Creditor CSMC 2021-RPL9 Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Michelle Banks-Spearman
    on behalf of Creditor City of Camden MiSpearm@ci.camden.nj.us
    NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;ElRedmer@ci.camden.nj.us

Stacey L. Mullen
    on behalf of Debtor Lamar A. Freeman slmullen@comcast.net

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Oct 30, 2023 | Form ID: pdf903 | Total Noticed: 1

Stacey L. Mullen
    on behalf of Joint Debtor Loretta Freeman slmullen@comcast.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7