Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-19222 (ABA)

Lamar A. Freeman, Sr. and Loretta Freeman  
305 South 2Nd Street Walk  
Camden, NJ  08103

Monthly Payment: $1,163.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/10/2023 | $540.00 | 02/08/2023 | $613.00 | 02/23/2023 | $471.50 | 03/07/2023 | $471.50 |
| 03/21/2023 | $471.50 | 04/04/2023 | $471.50 | 04/18/2023 | $471.50 | 05/02/2023 | $471.50 |
| 05/16/2023 | $471.50 | 05/31/2023 | $471.50 | 06/13/2023 | $471.50 | 06/27/2023 | $471.50 |
| 07/11/2023 | $580.00 | 07/25/2023 | $580.00 | 08/08/2023 | $580.00 | 08/22/2023 | $580.00 |
| 09/06/2023 | $580.00 | 09/19/2023 | $580.00 | 10/04/2023 | $580.00 | 10/17/2023 | $580.00 |
| 11/01/2023 | $580.00 | 11/20/2023 | $580.00 | 12/04/2023 | $580.00 | 12/14/2023 | $580.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | LAMAR A. FREEMAN, SR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $4,250.00 | $4,250.00 | $0.00 | $4,250.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $1,000.00 | $1,000.00 | $0.00 | $1,000.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $500.00 | $500.00 | $0.00 | $500.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $100.00 | $100.00 | $0.00 | $100.00 |
| 1 | CAMDEN COUNTY MUA | 24 | $308.48 | $29.30 | $279.18 | $29.30 |
| 2 | CITY OF CAMDEN WATER & SEWER | 24 | $7,723.23 | $733.63 | $6,989.60 | $733.63 |
| 3 | CITY OF CAMDEN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ASHLEY FUNDING SERVICES, LLC | 33 | $639.00 | $0.00 | $0.00 | $0.00 |
| 5 | NEW JERSEY TURNPIKE AUTHORITY | 33 | $58.00 | $0.00 | $0.00 | $0.00 |
| 6 | PSE&G | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | ASHLEY FUNDING SERVICES, LLC | 33 | $10.00 | $0.00 | $0.00 | $0.00 |
| 8 | ROYAL COURT HOMEOWNERS ASSOC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | SANTANDER CONSUMER USA, INC. | 24 | $426.47 | $40.50 | $385.97 | $40.50 |
| 10 | SELECT PORTFOLIO SERVICING, INC. | 24 | $46,194.79 | $4,388.04 | $41,806.75 | $4,388.04 |
| 11 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | LAMAR A. FREEMAN SR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | LORETTA FREEMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | Stacey L. Mullen | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ASHLEY FUNDING SERVICES, LLC | 33 | $25.00 | $0.00 | $0.00 | $0.00 |
| 22 | ASHLEY FUNDING SERVICES, LLC | 33 | $10.00 | $0.00 | $0.00 | $0.00 |
| 24 | ASHLEY FUNDING SERVICES, LLC | 33 | $12.47 | $0.00 | $0.00 | $0.00 |
| 25 | U.S. DEPARTMENT OF EDUCATION | 33 | $11,885.37 | $0.00 | $0.00 | $0.00 |
| 26 | MONTGOMERY WARD | 33 | $157.95 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 12/01/2022 | 5.00 | $0.00 |
| 05/01/2023 | Paid to Date | $4,522.00 |
| 06/01/2023 | 1.00 | $1,149.00 |
| 07/01/2023 | 4.00 | $1,160.00 |
| 11/01/2023 | 49.00 | $1,163.00 |
| 12/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $12,828.00 |
| Total paid to creditors this period: | $11,041.47 |
| Undistributed Funds on Hand: | $1,048.64 |
| Arrearages: | $432.00 |
| Attorney: | STACEY L. MULLEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**