UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
CSMC 2021-RPL9 Trust, et al.

In Re:

Lamar Freeman & Loretta Freeman,

Debtors.

Case No.:     22-19222-ABA

Chapter:     13

Hearing Date:     07/09/2024

Judge:     Altenburg

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 305 2nd Street Walk, Camden, NJ (Docket # 61)

_____

Date: 07/01/2024                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*