**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Lamar A. Freeman |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | Loretta Freeman |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | District of New Jersey |
| Case number (If known) | 22-19222 |

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Lamar A. Freeman        X /s/ Loretta Freeman
Signature of Debtor 1          Signature of Debtor 2

Date 8/6/2024                  Date 8/6/2024
     MM / DD / YYYY                 MM / DD / YYYY

Official Form 106Dec        Declaration About an Individual Debtor's Schedules