Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−19222−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Lamar A. Freeman
aka Lamar A. Freeman Sr.
305 S. 2nd Street Walk
Camden, NJ 08103

Loretta Freeman
305 S. 2nd Street Walk
Camden, NJ 08103

Social Security No.:
xxx−xx−2623                    xxx−xx−6676

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 15, 2024.

Dated: August 15, 2024
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19222-ABA |
| Lamar A. Freeman | Chapter 13 |
| Loretta Freeman | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 15, 2024 | Form ID: plncf13 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lamar A. Freeman, Loretta Freeman, 305 S. 2nd Street Walk, Camden, NJ 08103-1002 |
| cr | | City of Camden, City Attorney, City Hall, 4th Floor, Suite 419, PO Box 95120 Camden, NJ 08101-5120 |
| 519769864 | + | City of Camden, Tax Office, Room 117, P.O. Box 95120, Camden, NJ 08101-5120 |
| 519769862 | + | City of Camden, P.O. Box 371397, Pittsburgh, PA 15250-7397 |
| 519769866 | + | Relievus, 813 East Gate Drive, Suite B, Mt. Laurel, NJ 08054-1238 |
| 519769861 | | Royal Court Homeowners Assoc, 201 Mickle Street, Camden, NJ 08103 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: law@ci.camden.nj.us | Aug 15 2024 22:10:00 | Michelle Banks-Spearman, City of Camden, City Hall, 520 Market Street, Suite 419, Camden, NJ 08102-1300 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 15 2024 22:11:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 15 2024 22:11:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519792946 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2024 22:31:23 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519823975 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 15 2024 22:11:00 | CSMC 2021-RPL9 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519769863 | ^ | MEBN | Aug 15 2024 22:02:00 | Camden County MUA, P.O. Box 1105, Bellmawr, NJ 08099-5105 |
| 519769865 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 15 2024 22:11:00 | Credit Collection Services, P.O. Box 607, Norwood, MA 02062-0607 |
| 519769859 | ^ | MEBN | Aug 15 2024 22:02:32 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519821840 | + | Email/Text: bankruptcy@sccompanies.com | Aug 15 2024 22:11:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519784030 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 15 2024 22:09:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519769867 | ^ | MEBN | Aug 15 2024 22:01:20 | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 519769860 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 15 2024 22:11:00 | Santander Consumer, P.O. Box 660633, Dallas, TX 75266-0633 |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 15, 2024 | Form ID: plncf13 | Total Noticed: 21 |

| 519794709 | + Email/Text: enotifications@santanderconsumerusa.com | | |
|---|---|---|---|
| | | Aug 15 2024 22:11:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 519769858 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Aug 15 2024 22:11:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519819754 | Email/Text: EDBKNotices@ecmc.org | | |
| | | Aug 15 2024 22:09:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 17, 2024          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor CSMC 2021-RPL9 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Michelle Banks-Spearman | on behalf of Creditor City of Camden MiSpearm@ci.camden.nj.us NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;AnMixon@ci.camden.nj.us |
| Stacey L. Mullen | on behalf of Debtor Lamar A. Freeman slmullen@comcast.net |
| Stacey L. Mullen | on behalf of Joint Debtor Loretta Freeman slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7