**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 22-19222 (ABA)**

Lamar A. Freeman, Sr. and Loretta Freeman
305 South 2Nd Street Walk
Camden, NJ 08103

Monthly Payment: $1,821.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2024 | $580.00 | 01/26/2024 | $1,469.16 | 02/09/2024 | $580.00 | 02/23/2024 | $580.00 |
| 03/12/2024 | $580.00 | 04/12/2024 | $580.00 | 04/16/2024 | $580.00 | 04/23/2024 | $580.00 |
| 05/06/2024 | $580.00 | 05/20/2024 | $580.00 | 06/04/2024 | $580.00 | 06/14/2024 | $580.00 |
| 06/28/2024 | $580.00 | 07/12/2024 | $580.00 | 07/26/2024 | $580.00 | 08/09/2024 | $580.00 |
| 08/23/2024 | $580.00 | 09/09/2024 | $580.00 | 09/23/2024 | $580.00 | 10/02/2024 | $665.00 |
| 10/07/2024 | $580.00 | 10/23/2024 | $580.00 | 10/28/2024 | $500.00 | 11/01/2024 | $300.00 |
| 11/05/2024 | $580.00 | 11/20/2024 | $580.00 | 11/20/2024 | $400.00 | 12/02/2024 | $261.00 |
| 12/03/2024 | $580.00 | 12/16/2024 | $580.00 | 12/19/2024 | $400.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | LAMAR A. FREEMAN, SR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $4,250.00 | $4,250.00 | $0.00 | $4,250.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $1,000.00 | $1,000.00 | $0.00 | $1,000.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $500.00 | $500.00 | $0.00 | $500.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $100.00 | $100.00 | $0.00 | $100.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| 1 | CAMDEN COUNTY MUA | 24 | $308.48 | $96.65 | $211.83 | $29.30 |
| 2 | CITY OF CAMDEN WATER & SEWER | 24 | $7,723.23 | $2,419.83 | $5,303.40 | $733.63 |
| 3 | CITY OF CAMDEN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ASHLEY FUNDING SERVICES, LLC | 33 | $639.00 | $0.00 | $0.00 | $0.00 |
| 5 | NEW JERSEY TURNPIKE AUTHORITY | 33 | $58.00 | $0.00 | $0.00 | $0.00 |
| 6 | PSE&G | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | ASHLEY FUNDING SERVICES, LLC | 33 | $10.00 | $0.00 | $0.00 | $0.00 |
| 8 | ROYAL COURT HOMEOWNERS ASSOC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | SANTANDER CONSUMER USA, INC. | 24 | $426.47 | $133.61 | $292.86 | $40.50 |
| 10 | SELECT PORTFOLIO SERVICING, INC. | 24 | $46,194.79 | $14,473.66 | $31,721.13 | $4,388.04 |
| 11 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | LAMAR A. FREEMAN SR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | LORETTA FREEMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | Stacey L. Mullen | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ASHLEY FUNDING SERVICES, LLC | 33 | $25.00 | $0.00 | $0.00 | $0.00 |
| 22 | ASHLEY FUNDING SERVICES, LLC | 33 | $10.00 | $0.00 | $0.00 | $0.00 |
| 24 | ASHLEY FUNDING SERVICES, LLC | 33 | $12.47 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | U.S. DEPARTMENT OF EDUCATION | 33 | $11,885.37 | $0.00 | $0.00 | $0.00 |
| 26 | MONTGOMERY WARD | 33 | $157.95 | $0.00 | $0.00 | $0.00 |
| 27 | SELECT PORTFOLIO SERVICING, INC. | 24 | $22,423.40 | $2,064.95 | $20,358.45 | $0.00 |
| 28 | SELECT PORTFOLIO SERVICING, INC. | 13 | $549.00 | $549.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2022 | 20.00 | $0.00 |
| 08/01/2024 | Paid to Date | $22,957.16 |
| 09/01/2024 | 39.00 | $1,821.00 |
| 12/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $17,915.16 |
| Total paid to creditors this period: | $11,041.47 |
| Undistributed Funds on Hand: | $1,638.90 |
| Arrearages: | ($1,042.00) |
| Attorney: | STACEY L. MULLEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**