| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>SB-2122-C<br>Eisenberg Gold & Agrawal, P.C.<br>William E. Craig, Esquire<br>1040 Kings Highway North #200<br>Cherry Hill, NJ 08034<br>Attorney for Santander Bank, N.A., as servicer for Santander Consumer USA Inc. | Order Filed on August 28, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>LAMAR A. FREEMAN<br>LORETTA FREEMAN | Case No. 22-19222<br><br>Adv. No.<br><br>Hearing Date: 7-29-25<br><br>Judge: (ABA) |

### ORDER FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: August 28, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: Lamar and Loretta Freeman
Case No: 22-19222
Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Certificate Of Default filed by William E. Craig, Esq., attorney for Santander Bank, N.A., as servicer for Santander Consumer USA Inc. ("Santander"), with the appearance of Stacey L. Mullen, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**
1. **That Santander is the holder of a first purchase money security interest encumbering a 2013 Cadillac CTS bearing vehicle identification number 1G6DE5E53D0110375.**
2. **That the Debtors' account has post-petition arrears through July 2025 in the amount of $3,713.10.**
3. **That the Debtors are to cure the arrears set forth in paragraph two (2) above by making their regular monthly payment of $415.81 plus an additional $1,237.70 (for a total monthly payment of $1,653.51) for the months of August through October 2025.**
4. **That commencing August 2025, if the Debtors fail to make any payment to Santander within thirty (30) days after it falls due, Santander shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtors, their attorney, and the Chapter 13 Trustee.**
5. **That the Debtors must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Santander must be listed as loss payee.  If the Debtors fail**

**(Page 2)**
Debtors: Lamar and Loretta Freeman
Case No: 22-19222
Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

**to maintain valid insurance on the vehicle, Santander shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtors, their attorney, and the Chapter 13 Trustee.**

6. **That the Debtors are to pay a counsel fee of $100.00 to Santander through their Chapter 13 Plan.**