ANDREW B. FINBERG [*ICB-99001-00*]

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 22-19222 (ABA)**

Monthly Payment: $1,837.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Lamar A. Freeman, Sr. and Loretta Freeman
305 South 2Nd Street Walk
Camden, NJ 08103

**For the period of 01/01/2025 to 12/31/2025**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/02/2025 | $580.00 | 01/02/2025 | $261.00 | 01/14/2025 | $580.00 | 01/22/2025 | $400.00 |
| 01/28/2025 | $580.00 | 02/05/2025 | $261.00 | 02/07/2025 | $580.00 | 02/24/2025 | $400.00 |
| 02/25/2025 | $580.00 | 03/05/2025 | $261.00 | 03/07/2025 | $580.00 | 03/24/2025 | $580.00 |
| 03/24/2025 | $400.00 | 04/02/2025 | $261.00 | 04/07/2025 | $580.00 | 04/21/2025 | $580.00 |
| 04/22/2025 | $400.00 | 05/02/2025 | $261.00 | 05/05/2025 | $580.00 | 05/22/2025 | $580.00 |
| 05/27/2025 | $400.00 | 06/03/2025 | $580.00 | 06/16/2025 | $580.00 | 06/17/2025 | $400.00 |
| 07/07/2025 | $580.00 | 07/14/2025 | $580.00 | 07/15/2025 | $400.00 | 07/28/2025 | $580.00 |
| 08/12/2025 | $580.00 | 08/26/2025 | $580.00 | 09/09/2025 | $580.00 | 09/23/2025 | $580.00 |
| 10/07/2025 | $580.00 | 10/21/2025 | $580.00 | 11/05/2025 | $580.00 | 11/18/2025 | $580.00 |
| 12/03/2025 | $580.00 | 12/16/2025 | $580.00 | 12/31/2025 | $580.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | LAMAR A. FREEMAN, SR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $4,250.00 | $4,250.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $500.00 | $500.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $100.00 | $100.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $1,000.00 | $1,000.00 | $0.00 | $1,000.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $500.00 | $500.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $400.00 | $0.00 | $400.00 | $0.00 |
| 1 | CAMDEN COUNTY MUA | 24 | $308.48 | $158.17 | $150.31 | $67.35 |
| 2 | CITY OF CAMDEN WATER & SEWER | 24 | $7,723.23 | $3,960.11 | $3,763.12 | $1,686.20 |
| 3 | CITY OF CAMDEN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ASHLEY FUNDING SERVICES, LLC | 33 | $639.00 | $0.00 | $0.00 | $0.00 |
| 5 | NEW JERSEY TURNPIKE AUTHORITY | 33 | $58.00 | $0.00 | $0.00 | $0.00 |
| 6 | PSE&G | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | ASHLEY FUNDING SERVICES, LLC | 33 | $10.00 | $0.00 | $0.00 | $0.00 |
| 8 | ROYAL COURT HOMEOWNERS ASSOC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | SANTANDER CONSUMER USA, INC. | 24 | $426.47 | $213.38 | $213.09 | $93.11 |
| 10 | SELECT PORTFOLIO SERVICING, INC. | 24 | $46,194.79 | $23,686.49 | $22,508.30 | $10,085.62 |
| 11 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | LAMAR A. FREEMAN SR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | LORETTA FREEMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 15 | Stacey L. Mullen | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ASHLEY FUNDING SERVICES, LLC | 33 | $25.00 | $0.00 | $0.00 | $0.00 |
| 22 | ASHLEY FUNDING SERVICES, LLC | 33 | $10.00 | $0.00 | $0.00 | $0.00 |
| 24 | ASHLEY FUNDING SERVICES, LLC | 33 | $12.47 | $0.00 | $0.00 | $0.00 |
| 25 | U.S. DEPARTMENT OF EDUCATION | 33 | $11,885.37 | $0.00 | $0.00 | $0.00 |
| 26 | MONTGOMERY WARD | 33 | $157.95 | $0.00 | $0.00 | $0.00 |
| 27 | SELECT PORTFOLIO SERVICING, INC. | 24 | $22,423.40 | $7,977.68 | $14,445.72 | $2,064.95 |
| 28 | SELECT PORTFOLIO SERVICING, INC. | 13 | $549.00 | $549.00 | $0.00 | $549.00 |
| 29 | SANTANDER CONSUMER USA, INC. | 13 | $449.00 | $449.00 | $0.00 | $0.00 |
| 30 | SANTANDER CONSUMER USA, INC. | 13 | $100.00 | $100.00 | $0.00 | $0.00 |
| 31 | SANTANDER CONSUMER USA, INC. | 13 | $100.00 | $0.00 | $100.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2022 | 20.00 | $0.00 |
| 08/01/2024 | Paid to Date | $22,957.16 |
| 09/01/2024 | 4.00 | $1,821.00 |
| 01/01/2025 | 12.00 | $1,837.00 |
| 01/01/2026 | 23.00 | $1,857.00 |
| 12/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $19,765.00 |
| Total paid to creditors this period: | $15,546.23 |
| Undistributed Funds on Hand: | $1,571.28 |
| Arrearages: | $1,237.00 |
| Attorney: | STACEY L. MULLEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**