UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

---

Stacey L. Mullen, Esquire
1814 East Route 70
Suite 350
Cherry Hill, NJ 08003
(856) 778-8677
By: Stacey L. Mullen, Esquire (SM5598)

---

In Re:                                                     Case No.: ___22-19222
    Lamar and Loretta Freeman,                    Judge: ____ABA
                                                   Chapter: 13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION
TO CREDITOR'S MOTION OR CERTIFICATION OF DEFAULT
_X_ TO TRUSTEE'S MOTION OR CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1.  ___  Motion for Relief from the Automatic Stay filed by creditor
. A hearing has been scheduled for
at      am

OR

__ Motion to Dismiss filed by the Standing Chapter 13 Trustee.
A hearing has been scheduled for __, at _____ am.

__ Certification of Default filed by creditor,
I am requesting a hearing be scheduled on this matter.

OR

_X_ Certification of Default filed by Standing Chapter 13 Trustee
I am requesting a hearing be scheduled on this matter.

I am objecting to the above for the following reasons **(choose one)**:

__ Payments have been made in the amount of $ _____, but have
not been accounted for. Documentation in support is attached hereto.
__ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

    <u>X</u>  Other **(explain your answer)**: <u>Debtors are an older couple. Mr. Freeman is presently under a wage garnishment. Human Resources have been contacted, and his garnishment cannot be increased.  Mrs. Freeman was very sick and in the hospital for a few months, without income, so they fell behind on their payments. Mrs. Freeman is now out of the hospital and back to work. Mrs. Freeman is willing to contribute to the monthly payment in the amount of $975.00 per month. She is paid bi-weekly and will send payments to Memphis with each of her paychecks. Debtors would ask if their case can remain so that their case can complete on or about December 2027 (last payment).</u>

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify the above facts to be true. I am aware that if the above facts are willfully false, I am subject to punishment.

Date: <u>03/24/26</u>             <u>/s/ Lamar A. Freeman, Sr.</u>
                                    Debtor's Signature

Date: <u>03/24/26</u>             <u>/s/ Loretta Freeman</u>
                                    Debtor's Signature

**NOTE:** Pursuant to the Court's General Orders entered on January 4th, 2005, this form must be filed with the Court and served upon the creditor and the Standing Chapter 13 Trustee, **at least seven (7) days before the return date, pursuant to *DNJ LBR 9013-1(d), Motion Practice*,** if filed in opposition to a *Motion for Relief from the Automatic Stay*; **and within 10 days of the filing of a *Creditor's Certification of Default* under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions*. Absent the filing of this mandatory new form, the creditor's stay relief motion will be deemed uncontested, and the creditor's appearance at the hearing will *not* be required.**

*1/3/05/jml*