Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−19222−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Lamar A. Freeman
aka Lamar A. Freeman Sr.
305 S. 2nd Street Walk
Camden, NJ 08103

Loretta Freeman
305 S. 2nd Street Walk
Camden, NJ 08103

Social Security No.:
xxx−xx−2623

xxx−xx−6676

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 5/12/26 at 10:00 AM

to consider and act upon the following:

*114* – Certification in Opposition to (related document:113 Creditor's Certification of Default (related document:104 Order (Generic)) filed by William E. Craig on behalf of Santander Bank, N.A., as servicer for Santander Consumer USA Inc.. Objection deadline is 04/23/2026. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Santander Bank, N.A., as servicer for Santander Consumer USA Inc.) filed by Stacey L. Mullen on behalf of Lamar A. Freeman, Loretta Freeman. (Mullen, Stacey)

Dated: 4/17/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court