UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SB-2654-C
Eisenberg Gold & Agrawal, P.C.
William E. Craig, Esquire
1040 Kings Highway North #200
Cherry Hill, NJ 08034
Attorney for Santander Bank, N.A., as servicer for
Santander Consumer USA Inc.

In Re:

LAMAR A. FREEMAN
LORETTA FREEMAN

**Order Filed on June 1, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 22-19222

Adv. No.

Hearing Date: 5-12-26

Judge: (ABA)

### ORDER FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 1, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: Lamar and Loretta Freeman
Case No: 22-19222
Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Certificate Of Default filed by William E. Craig, Esq., attorney for Santander Bank, N.A., as servicer for Santander Consumer USA Inc. ("Santander"), with the appearance of Stacey L. Mullen, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Santander is the holder of a first purchase money security interest encumbering a 2013 Cadillac CTS bearing vehicle identification number 1G6DE5E53D0110375.**

2. **That the Debtors' account has post-petition arrears through April 2026 in the amount of $7,455.40.**

3. **That the Debtors are to cure the arrears set forth in paragraph two (2) above by making their regular monthly payment of $415.81 plus an additional $1,491.08 (for a total monthly payment of $1,906.89) for the months of May through September 2026.**

4. **That commencing May 2026, if the Debtors fail to make any payment to Santander within thirty (30) days after it falls due, Santander shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtors, their attorney, and the Chapter 13 Trustee.**

5. **That the Debtors must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Santander must be listed as loss payee.  If the Debtors fail**

**(Page 2)**
Debtors: Lamar and Loretta Freeman
Case No: 22-19222
Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain

circumstances, counsel fees, and insurance.

**to maintain valid insurance on the vehicle, Santander shall be entitled to**
**stay relief upon filing a certification that insurance has lapsed and serving such**
**certification on the Debtors, their attorney, and the Chapter 13 Trustee.**

6. **That the Debtors are to pay a counsel fee of $100.00 to Santander through their**
**Chapter 13 Plan.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 22-19222-ABA

Lamar A. Freeman                                                                          Chapter 13

Loretta Freeman

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                               User: admin                                        Page 1 of 2

Date Rcvd: Jun 01, 2026                        Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

**Recip ID**                         **Recipient Name and Address**
db/jdb                        +  Lamar A. Freeman, Loretta Freeman, 305 S. 2nd Street Walk, Camden, NJ 08103-1002

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:**

**Name**                              **Email Address**

Andrew B Finberg
                          on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
                          courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Cory Francis Woerner
                          on behalf of Creditor CSMC 2021-RPL9 Trust cwoerner@raslg.com

Isabel C. Balboa
                          on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Matthew K. Fissel
                          on behalf of Creditor CSMC 2021-RPL9 Trust bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Michelle Banks-Spearman
                          on behalf of Creditor City of Camden mispearm@camdennj.gov

District/off: 0312-1                          User: admin                                    Page 2 of 2
Date Rcvd: Jun 01, 2026                       Form ID: pdf903                                 Total Noticed: 1

                              NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;AnMixon@ci.camden.nj.us

Stacey L. Mullen

                              on behalf of Debtor Lamar A. Freeman slmullen@comcast.net

Stacey L. Mullen

                              on behalf of Joint Debtor Loretta Freeman slmullen@comcast.net

U.S. Trustee

                              USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

                              on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
                              mortoncraigecf@gmail.com;alapinski@egalawfirm.com

William E. Craig

                              on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. wcraig@egalawfirm.com,
                              mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 11